UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re:  Chrysler Pacifica Fire Recall          MDL Docket No. 3040

Product Liability Litigation          Honorable David M. Lawson

## Notice to Attorneys re: MDL Docket No. 3040

The order transferring this litigation to the United States District Court for the Eastern District of Michigan was filed with this Court on August 2, 2022.

The cases have been assigned to the Honorable David M. Lawson. All filings in MDL 3040 (**22-md-3040**) must be electronically filed using the Case Management/Electronic Case Files (CM/ECF) system.

A copy of the Local Rules for the Eastern District of Michigan can be obtained viewed on the Court's website at: www.mied.uscourts.gov.

**Electronic Filing and Attorney Admission:**

An attorney who will only be e-filing in the MDL case, **does not need be fully admitted** to practice in the Eastern District of Michigan.

However, an attorney who will be appearing before the Court **must pay the attorney admission fee and apply to be fully admitted** to practice in the Eastern District of Michigan.

Attorneys must register to e-file and/or be admitted in the Eastern District of Michigan at pacer.uscourts.gov.

1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

If there are questions regarding this Notice, please contact the Clerk's Office at (313) 234-5000.

**Clerk of Court**

 s/ Kinikia Essix
    Kinikia Essix