UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT A. OLSEN,

    Plaintiff,

v.

FCA US LLC,

    Defendant.
_____/

Case No. 2:22-cv-11807-DML-EAS

Hon. David M. Lawson

## APPEARANCE OF STEPHEN A. D'AUNOY

PLEASE TAKE NOTICE that Stephen A. D'Aunoy of the law firm of Thompson Coburn LLP has this day entered his appearance as attorney of record for Defendant FCA US LLC in the above-entitled cause.

By: */s/ Stephen A. D'Aunoy*
Stephen A. D'Aunoy
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
Telephone: (314) 552-6000
Facsimile: (314) 552-7000
sdaunoy@thompsoncoburn.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

*/s/ Stephen A. D'Aunoy*